In the Matter of ROBERT P. MEEGAN, JR., Individually and as President of Buffalo Police Benevolent Association, et al., Respondents, v BYRON W. BROWN, Mayor of City of Buffalo, et al., Appellants. (Proceeding No. 1.)

In the Matter of JOSEPH E. FOLEY, Individually and as President of Buffalo Professional Firefighters Association, Inc., Local 282, IAFF, AFL-CIO-CLC, et al., Respondents, v BYRON W. BROWN, Mayor of City of Buffalo, et al., Appellants. (Proceeding No. 2.)

BUFFALO TEACHERS FEDERATION, INC., NYSUT, et al., Respondents, v BUFFALO BOARD OF EDUCATION FOR CITY SCHOOL DISTRICT OF CITY OF BUFFALO et al., Appellants. (Action No. 1.)

Submitted August 9, 2010; decided August 26, 2010

Motion by New York State School Boards Association for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed. Two copies of the brief must be served and 24 copies filed within seven days.